E-FILED
Friday, 22 April, 2005 08:11:48 AM
Clerk, U.S. District Court, ILCD

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 7:00CR00100-006; 7:01CR00064-001 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
|  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jeffrey Carl Hines<br>111 20th Street<br>Apartment 621<br>Rock Island, IL 61201 | WESTERN DISTRICT OF VIRGINIA | Roanoke |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Samuel G. Wilson |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/17/2004 | TO 08/16/2009 |
|---|---|---|

| OFFENSE |
|---|
| Conspiracy to Possess With Intent to Distribute Marijuana (2 counts) |

**FILED**
APR 21 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/15/05_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of Illinois

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4/21/05_
Effective Date

S/Michael M. Mihm
United States District Judge