E-FILED
Tuesday, 03 May, 2005  09:54:56 AM
Clerk, U.S. District Court, ILCD

John F. Corcoran
Clerk

**United States District Court**
Office of the Clerk
Western District of Virginia
P. O. Box 1234
Roanoke, VA 24006
April 26, 2005

(540) 857-5114
FAX 857-5110



FILED

MAY   2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Central District of Illinois
Office of the Clerk
600 East Monroe Street
Springfield, Illinois 62701

Re:   United States of America vs. Jeffrey Carl Hines
      Criminal Action No. 7:00CR00100-006 & 7:01CR00064

Dear Clerk:

Enclosed are certified copies of the following documents, which are being forwarded
to you pursuant to orders approving transfer of probationary jurisdiction:

        Transfer of Jurisdiction
        Judgment and Commitment Orders
        Indictments
        Docket Sheets

Please acknowledge receipt of same on the enclosed copy of this letter.

                    Sincerely,

                    John F. Corcoran
                    Clerk, United States District Court

                    By:

                    Tim O. Blassingame
                    Operations Manager

Enclosures

cc: U.S. Probation, Roanoke, VA

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 7:00CR00100-006; 7:01CR00064-001 | | |
|---|---|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 05-40049 | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jeffrey Carl Hines 111 20th Street Apartment 621 Rock Island, IL 61201 | DISTRICT WESTERN DISTRICT OF VIRGINIA | DIVISION Roanoke | | |
| | NAME OF SENTENCING JUDGE Honorable Samuel G. Wilson | | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/17/2004 | TO 08/16/2009 | |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute Marijuana (2 counts)

**FILED**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

APR 2 1 2005

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer/supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/15/05
_____
**Date**

_____
**United States District Judge**

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/21/05
_____
**Effective Date**

S/Michael M. Mihm
_____
**United States District Judge**

CLOSED

# U.S. District Court
## Western District of Virginia (Roanoke)
### CRIMINAL DOCKET FOR CASE #: 7:01-cr-00064-sgw-ALL
### Internal Use Only

Case title: USA v. Hines                      Date Filed: 07/13/2001
Other court case number: 6:01-cr-000200643 INTERIN

---

Assigned to: Judge Samuel G. Wilson

## Defendant

**Jeffrey Carl Hines** (1)                represented by  **Christopher K. Kowalczuk**
*TERMINATED: 12/04/2001*                   CHRIS K. KOWALCZUK,
                                           ATTORNEY-AT-LAW
                                           PO BOX 11971
                                           ROANOKE, VA 24022-1971
                                           540-345-0101
                                           Fax: 540-342-0004
                                           Email: fedecf@ckklaw.net
                                           *TERMINATED: 12/04/2001*
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Retained*

## Pending Counts

21:846=MD.F CONSPIRACY TO
DISTRIBUTE MARIJUANA
(01/31/01)
(1)

21:841A=MD.F - 21:841(a)(1) -
MARIJUANA - SELL, DISTRIBUTE,
OR DISPENSE - Possession w/ Intent
to Distribute Marijuana (01/31/01)
(2)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

## Disposition

CBOP - 120 months to run concurrently
with Indictment 7:00CR00100. SR - 5
years to run concurrently with
Indictment 7:00CR00100. Special
Assessment - $200.00 (2/25/03:
SENTENCE REDUCED TO CBOP-36
MOS.)

A TRUE COPY, TESTE:
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints

**Disposition**

None

---

## Plaintiff

**USA**

represented by **Anthony Paul Giorno**
UNITED STATES ATTORNEYS
OFFICE
PO BOX 1709
ROANOKE, VA 24008-1709
540-857-2250
Fax: 540-857-2614
Email: anthony.giorno@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2001 | 1 | CONSENT TO TRANSFER (Rule 20) from E/D of Kentucky as to Jeffrey Carl Hines Jeffrey Carl Hines (1) count(s) 1, 2 Received certified copy of consent to transfer and JS3 with certified copies of Indictment and Docket Sheet. (rma) (Entered: 07/23/2001) |
| 07/13/2001 | | **Location $10,000 unsecured bond as to Jeffrey Carl Hines in Case 7:00CR100 (rma) Modified on 07/23/2001 (Entered: 07/23/2001) |
| 08/01/2001 | | NOTICE:, set Initial Appearance for 9:00 8/31/01 for Jeffrey Carl Hines , and set Arraignment for 9:00 8/31/01 for Jeffrey Carl Hines , and set Guilty Plea Hearing for 9:00 8/31/01 for Jeffrey Carl Hines (rma) |
| 08/24/2001 | | **Added Government Attorney Anthony Paul Giorno as to Jeffrey Carl Hines (rma) |
| 08/24/2001 | | **Added for Jeffrey Carl Hines Attorney Christopher K. Kowalczuk (rma) |
| 09/14/2001 | | NOTICE:, Reset Initial Appearance for 9:00 9/21/01 for Jeffrey Carl Hines , Reset Arraignment for 9:00 9/21/01 for Jeffrey Carl Hines , Reset Guilty Plea Hearing for 9:00 9/21/01 for Jeffrey Carl Hines (tob) (Entered: 09/17/2001) |
| 09/21/2001 | | Guilty Plea Hearing as to Jeffrey Carl Hines, Guilty: Jeffrey Carl Hines (1) count(s) 1 Defendant(s) present with counsel. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Aaron LaDuke) Defendant re- |

| | | arraigned as to Count One. Court questions deft.regarding his physical and mental condition. Guilty Plea form executed and filed. Govt. summarizes evidence, Court accepts guilty plea, Court finds deft. guilty as charged in Count One. Deft. to remain on bond. Sent. set for December 3, 2001 at 9:00 a.m. (dem) (Entered: 09/24/2001) |
|---|---|---|
| 09/21/2001 | 2 | PLEA AGREEMENT as to Jeffrey Carl Hines (dem) (Entered: 09/24/2001) |
| 09/21/2001 | 3 | GUILTY PLEA FORM executed and filed by Jeffrey Carl Hines (dem) (Entered: 09/24/2001) |
| 09/21/2001 | | Oral Order as to Jeffrey Carl Hines , court orders PSI Report ( Entered by Chief Judge Samuel G. Wilson ) (dem) (Entered: 09/24/2001) |
| 09/21/2001 | | Initial Appearance as to Jeffrey Carl Hines (Defendant informed of rights.) Defendant(s) present with counsel. Deft. to remain on bond. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Aaron LaDuke, OCR) (rma) (Entered: 12/05/2001) |
| 09/21/2001 | | Arraignment as to Jeffrey Carl Hines ( presiding Chief Judge Samuel G. Wilson Court Reporter: Aaron LaDuke, OCR) Defendant(s) present with counsel, entered pleas of Not Guilty to all counts. Deft. to remain on bond. (rma) (Entered: 12/05/2001) |
| 09/24/2001 | | NOTICE:, Set Sentencing for 9:00 12/3/01 for Jeffrey Carl Hines (rma) (Entered: 09/25/2001) |
| 11/27/2001 | | COURT REPORTER NOTES as to defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Aaron LaDuke, OCR Carton # 484 for hearing date 9/21/01 for Guilty Plea (rma) (Entered: 11/28/2001) |
| 12/03/2001 | | Sentencing Jeffrey Carl Hines (1) count(s) 1 Jeffrey Carl Hines (1) count (s) 1. CBOP - 120 months to run concurrently with Indictment 7:00CR00100. SR - 5 years to run concurrently with Indictment 7:00CR00100. Special Assessment - $200.00. No crimes, no controlled substances, report in 72 hours, no guns or destructive devices. Stand. and Spec. Cond. 1) Participate in a prog. of drug test/treat for drug abuse until released; 2) Residence free of firearms or destructive devices; 3) Submit to warrantless search and seizure; 4) Provide PO with access to requested financial info. Defendant(s) present with counsel. Gov't. objs. to PSR regarding role in offense. Gov't. evid. and cross by Def. Def. evid. and cross by Gov't. Argument by Counsel. Court overrules Gov't. obj. and grants Def. written obj. for downward departure. Court departs due to extra-ordinary physical impairment. No allocutions. Court rec. medical facility at Springfield, Missouri. Def. allowed to self report. Notice of right to appeal. Def. released. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Judy Taylor) (tob) (Entered: 12/04/2001) |
| 12/04/2001 | 4 | JUDGMENT IN A CRIMINAL CASE as to Jeffrey Carl Hines ( Signed by Chief Judge Samuel G. Wilson ) (rma) (Entered: 12/05/2001) |
| 12/04/2001 | | **Termination of defendant, pending deadlines and motions as to party |

| | | Jeffrey Carl Hines (rma) (Entered: 12/05/2001) |
|---|---|---|
| 12/04/2001 | | **Case closed as to all defendants: Jeffrey Carl Hines (rma) (Entered: 12/05/2001) |
| 03/25/2002 | 5 | TRANSCRIPT filed in case as to Jeffrey Carl Hines for Sentencing on 12/3/01 Judy Taylor (OCR) (rma) (Entered: 03/26/2002) |
| 06/10/2002 | | COURT REPORTER NOTES as to defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Judy Taylor, OCR for hearing date 12/3/01 for Sentencing (rtb) |
| 01/15/2003 | 6 | MOTION by USA as to Jeffrey Carl Hines for Reduction of Sentence (rma) (Entered: 03/07/2003) |
| 01/23/2003 | | NOTICE: Motion Hearing set at 9:00 2/24/03 for Jeffrey Carl Hines [6-1] motion for Reduction of Sentence (rma) (Entered: 03/07/2003) |
| 02/24/2003 | | Motion hearing held as to Jeffrey Carl Hines re: [6-1] motion for Reduction of Sentence Defendant(s) not present. Deft. counsel present for deft. Govt. articulates reasoning for Rule 35 Mtn. Deft. responds. Court grants mtn. and will enter an order reducing sent. after further review of specific court documents. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Judy Taylor, OCR) (rma) (Entered: 03/07/2003) |
| 02/25/2003 | 7 | ORDER as to Jeffrey Carl Hines granting [6-1] motion for Reduction of Sentence as to Jeffrey Carl Hines (1). Sent. reduced to 36 mos., all other respects of original judg. to remain in effect. ( Signed by Chief Judge Samuel G. Wilson ) (rma) (Entered: 03/07/2003) |
| 02/25/2003 | | Update disposition information as to Jeffrey Carl Hines (1) count(s) 1. CBOP - 120 months to run concurrently with Indictment 7:00CR00100. SR - 5 years to run concurrently with Indictment 7:00CR00100. Special Assessment - $200.00 (2/25/03: SENTENCE REDUCED TO CBOP-36 MOS.) (rma) (Entered: 03/07/2003) |
| 05/02/2003 | 8 | ORDER ent. 5-1-03 as to Jeffrey Carl Hines, to Amend [7-1] order ( Signed by Chief Judge Samuel G. Wilson ) (med) |

CLOSED, INTERPRETER, PRIOR

## U.S. District Court
## Western District of Virginia (Roanoke)
## CRIMINAL DOCKET FOR CASE #: 7:00-cr-00100-sgw-6
## Internal Use Only

Case title: USA v. Edge, et al                    Date Filed: 09/19/2000

Assigned to: Judge Samuel G. Wilson

### Defendant

**Jeffrey Carl Hines (6)**
*TERMINATED: 12/04/2001*

represented by **Christopher K. Kowalczuk**
CHRIS K. KOWALCZUK,
ATTORNEY-AT-LAW
PO BOX 11971
ROANOKE, VA 24022-1971
540-345-0101
Fax: 540-342-0004
Email: fedecf@ckklaw.net
*TERMINATED: 12/04/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James Clinton Turk, Jr.**
STONE HARRISON & TURK PC
PO BOX 2968
RADFORD, VA 24143
540-639-9056
Fax: 540-731-4665
Email: jimturk@aol.com
*TERMINATED: 06/01/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:846=MD.F CONSPIRACY TO
DISTRIBUTE MARIJUANA.
(2/22/01)
(1)

### Highest Offense Level (Opening)

Felony

### Disposition

CBOP - 120 months; SR - 4 years; SA -
$200.00 2-25-03: Sentenced Reduced to
36 months CBOP

A TRUE COPY, TESTE:
JOHN F CORCORAN, CLERK
BY:
DEPUTY CLERK

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

None

---

**Plaintiff**

**USA**                              represented by **Anthony Paul Giorno**
                                                  UNITED STATES ATTORNEYS
                                                  OFFICE
                                                  PO BOX 1709
                                                  ROANOKE, VA 24008-1709
                                                  540-857-2250
                                                  Fax: 540-857-2614
                                                  Email: anthony.giorno@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 01/25/2001 | | Voucher approval of Attorney Brad Braford; Voucher type CJA 20 in the amount of $313.47. (tob) |
| 02/22/2001 | 49 | SECOND SUPERSEDING INDICTMENT as to Jeffrey Carl Hines (6) count(s) 1, LNU FNU (7) count(s) 1 (tob) (Entered: 02/23/2001) |
| 02/22/2001 | | **Procedural Interval start PO as to Jeffrey Carl Hines (6) count(s) 1, LNU FNU (7) count(s) 1. (tob) (Entered: 02/26/2001) |
| 02/28/2001 | 50 | MOTION by USA as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines, FNU LNU of Continuance in Interests of Justice (tob) |
| 02/28/2001 | | NOTICE:, Set Initial Appearance for 9:00 on 3/13/01 for Jeffrey Carl Hines , Set Arraignment for 9:00 on 3/13/01 for Jeffrey Carl Hines (tob) |
| 03/02/2001 | | NOTICE:, Reset Jury Trial for 9:00 6/18/01 for Ricky Lee Edge, for Manuel Meguel Sanchez Roldan, for Efren Perez Navarrete, for Hipolito Hernandez Chacon, for Jose DeJesus Herrera Navarrete, for Jeffrey Carl Hines, for FNU LNU (tob) (Entered: 03/05/2001) |
| 03/07/2001 | 51 | ORDER as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera |

| | | |
|---|---|---|
| | | Navarrete, Jeffrey Carl Hines, LNU FNU granting [50-1] motion of Continuance in Interests of Justice Time excluded from 3/13/01 to 6/18/01 as to Ricky Lee Edge (1), Manuel Meguel Sanchez Roldan (2), Efren Perez Navarrete (3), Hipolito Hernandez Chacon (4), Jose DeJesus Herrera Navarrete (5), Jeffrey Carl Hines (6), LNU FNU (7) ( Signed by Chief Judge Samuel G. Wilson on 3/6/01) (tob) |
| 03/09/2001 | 52 | SUMMONS returned executed 3/5/01 as to Jeffrey Carl Hines (tob) |
| 03/12/2001 | 53 | CJA 23 FINANCIAL AFFIDAVIT by Jeffrey Carl Hines (dem) (Entered: 03/13/2001) |
| 03/13/2001 | | Initial Appearance as to Jeffrey Carl Hines (Defendant informed of rights.) Defendant(s) present with counsel. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Aaron LaDuke) Deft. waives reading of Indictment. (dem) |
| 03/13/2001 | | Arraignment as to Jeffrey Carl Hines ( presiding Chief Judge Samuel G. Wilson Court Reporter: Aaron LaDuke) Defendant(s) present with counsel, entered pleas of Not Guilty to all counts. Court set bond at $10,000 unsecured. Deft. will be under pretrial supervision. (dem) Modified on 03/13/2001 |
| 03/13/2001 | 54 | APPEARANCE BOND entered by Jeffrey Carl Hines in Amount $ 10,000 unsecured. (dem) |
| 03/13/2001 | 55 | ORDER SETTING CONDITIONS OF RELEASE WITH ADDITIONAL CONDITIONS AND ADVICE as to Jeffrey Carl Hines Bond set to $10,000 unsecured for Jeffrey Carl Hines. ( Signed by Chief Judge Samuel G. Wilson ) (dem) |
| 03/15/2001 | 56 | MOTION by Jeffrey Carl Hines for Discovery (tob) |
| 03/30/2001 | 58 | JOINT DISCOVERY AND INSPECTION ORDER as to Jeffrey Carl Hines granting [56-1] motion for Discovery as to Jeffrey Carl Hines (6) ( Signed by Chief Judge Samuel G. Wilson ) (tob) (Entered: 04/02/2001) |
| 04/05/2001 | 59 | CJA 20 as to Jeffrey Carl Hines : Appointment of Attorney James C. Turk, Jr. ( Signed by Chief Judge Samuel G. Wilson nunc pro tunc 3/13/01) (tob) Modified on 04/10/2001 |
| 04/09/2001 | | Voucher approval of Attorney Rena G. Berry; Voucher type CJA 21 in the amount of $100.00. (tob) (Entered: 04/10/2001) |
| 05/09/2001 | | COURT REPORTER NOTES as to defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Aaron LaDuke Carton # 317 for hearing date 3/13/01 for Initial App. & Arrg. (tob) |
| 05/25/2001 | 61 | MOTION by Jeffrey Carl Hines for Disclosure of Relevant Conduct Pursuant to Section 1B1.3 (jcf) |
| 05/25/2001 | 62 | MOTION by Jeffrey Carl Hines for Disclosure Pursuant to FRCP Rule 26.2 (jcf) |
| 05/25/2001 | 63 | MOTION by Jeffrey Carl Hines for Disclosure of FRE Rule 404(b) |

| | | Evidence (jcf) |
|---|---|---|
| 05/25/2001 | 64 | MOTION by Jeffrey Carl Hines for Disclosure of FRCP Rule 16 Evidence (jcf) |
| 05/25/2001 | 65 | MOTION by Jeffrey Carl Hines for Disclosure of Co-Defendant/Co-Conspirator Statements (jcf) |
| 05/25/2001 | 66 | MOTION by Jeffrey Carl Hines to Sever Pursuant to FRCP Rule 14 (jcf) |
| 05/25/2001 | 67 | MOTION by Jeffrey Carl Hines for Exculpatory Evidence (jcf) |
| 05/31/2001 | 69 | MOTION by Jeffrey Carl Hines of Continuance of jury trial in Interests of Justice (tob) |
| 06/01/2001 | | Pretrial Motions Hearing as to Jeffrey Carl Hines [69-1] motion of Continuance of jury trial in Interests of Justice by Jeffrey Carl Hines. Defendant(s) not present. Attorney Christopher Kowalczuk present motioning the Court for an order of counsel substitution and continuance of jury trial. Court denies motion to continue trial. Court grants motion to substitute counsel as C.Kowalczuk agreed that he would be ready for trial. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Aaron LaDuke) (tob) |
| 06/01/2001 | | Oral Order as to Jeffrey Carl Hines denying [69-1] motion of Continuance of jury trial in Interests of Justice as to Jeffrey Carl Hines (6) ( Entered by Chief Judge Samuel G. Wilson ) (tob) |
| 06/01/2001 | 70 | ORDER as to Jeffrey Carl Hines, Substituting Attorney; terminated attorney James Clinton Turk for Jeffrey Carl Hines; Added Christopher K. Kowalczuk ( Signed by Chief Judge Samuel G. Wilson ) (tob) |
| 06/13/2001 | | NOTICE:, Set Guilty Plea Hearing for 9:00 6/18/01 for Ricky Lee Edge, for Efren Perez Navarrete, for Hipolito Hernandez Chacon, for Jose DeJesus Herrera Navarrete, for Jeffrey Carl Hines (tob) |
| 06/13/2001 | | COURT REPORTER NOTES as to defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Aaron LaDuke Carton # 46a2 for hearing date 6/1/01 for Motion for sub. asst. and continuance. (tob) |
| 06/18/2001 | | Guilty Plea Hearing as to Jeffrey Carl Hines, Guilty: Jeffrey Carl Hines (6) count(s) 1 Terminated motions [67-1] motion for Exculpatory Evidence as to Jeffrey Carl Hines (6), [66-1] motion to Sever Pursuant to FRCP Rule 14 as to Jeffrey Carl Hines (6), [65-1] motion for Disclosure of Co-Defendant/Co-Conspirator Statements as to Jeffrey Carl Hines (6), [64-1] motion for Disclosure of FRCP Rule 16 Evidence as to Jeffrey Carl Hines (6), [63-1] motion for Disclosure of FRE Rule 404(b) Evidence as to Jeffrey Carl Hines (6), [62-1] motion for Disclosure Pursuant to FRCP Rule 26.2 as to Jeffrey Carl Hines (6), [61-1] motion for Disclosure of Relevant Conduct Pursuant to Section 1B1.3 as to Jeffrey Carl Hines (6), [27-1] motion as to Ricky Lee Edge (1) Defendant (s) present with counsel. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Aaron Laduke Deft. rearraigned as to Count One. Court questions deft. regarding physical and mental condition, Court accepts |

| | | plea of guilty. Government summarizes evidence. Court finds deft. guilty as charged in Count One. Court orders PSI. Deft. remains on bond. (dem) Modified on 06/19/2001 (Entered: 06/19/2001) |
|---|---|---|
| 06/18/2001 | 78 | GUILTY PLEA FORM executed and filed by Jeffrey Carl Hines (dem) (Entered: 06/19/2001) |
| 06/18/2001 | 79 | PLEA AGREEMENT as to Jeffrey Carl Hines (dem) (Entered: 06/19/2001) |
| 06/18/2001 | 82 | MOTION by Jeffrey Carl Hines For Release Pending Sentence (dem) (Entered: 06/20/2001) |
| 06/18/2001 | | Oral Order as to Jeffrey Carl Hines granting [82-1] motion for Release Pending Sentencing as to Jeffrey Carl Hines (6) (Entered by Chief Judge Samuel G. Wilson ) (dem) (Entered: 06/20/2001) |
| 06/19/2001 | | Voucher approval of Attorney James C. Turk, Jr. Voucher type CJA 20 in the amount of $1,769.00. (tob) |
| 07/05/2001 | | NOTICE:, Set Sentencing for 9:00 on 8/31/01 for Ricky Lee Edge, for Manuel Meguel Sanchez Roldan, for Efren Perez Navarrete, for Hipolito Hernandez Chacon, for Jose DeJesus Herrera Navarrete, for Jeffrey Carl Hines (tob) |
| 07/05/2001 | | Criminal Voucher approval of Attorney Rena G. Berry Voucher type CJA 21 in the amount of $375.00. (tob) |
| 07/16/2001 | | Criminal Voucher approval of Attorney Stephen R. Wills Voucher type CJA 21 in the amount of $587.50. (tob) |
| 07/25/2001 | | Criminal Voucher approval of Attorney Rena Berry Voucher type CJA 21 in the amount of $ $162.50 (tob) |
| 08/13/2001 | 86 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Jeffrey Carl Hines. (tob) |
| 08/31/2001 | 89 | MOTION by Jeffrey Carl Hines to Continue Sentencing (tob) (Entered: 09/12/2001) |
| 09/17/2001 | | Criminal Voucher approval of Attorney Onzlee Ware. Voucher type CJA 20 in the amount of $4,914.00 (tob) |
| 09/25/2001 | | NOTICE:, Reset Sentencing for 9:00 12/3/01 for Jeffrey Carl Hines (tob) (Entered: 09/26/2001) |
| 10/12/2001 | | Voucher approval of Attorney Rena G. Berry Voucher type CJA 20 in the amount of $ 3,181.00 (rma) |
| 10/15/2001 | | Criminal Voucher approval of Attorney Phillip Lingafelt Voucher type CJA 20 in the amount of $3,961.32 (tob) |
| 10/16/2001 | | Criminal Voucher approval of Attorney Stephen Wills Voucher type CJA 20 in the amount of $ 2,322.50 (tob) |
| 10/17/2001 | | Criminal Voucher approval of Attorney Onzlee Ware. Voucher type CJA |

| | | |
|---|---|---|
| | | 21 in the amount of $750.00 (tob) |
| 11/27/2001 | | COURT REPORTER NOTES as to defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Aaron LaDuke Carton # 520 for hearing date 6/1/01 for Motion for Substitution of Counsel. (tob) (Entered: 11/28/2001) |
| 11/27/2001 | | COURT REPORTER NOTES as to defendant Ricky Lee Edge, defendant Manuel Meguel Sanchez Roldan, defendant Efren Perez Navarrete, defendant Hipolito Hernandez Chacon, defendant Jose DeJesus Herrera Navarrete, defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Aaron LaDuke Carton # 473 for hearing date 6/18/01 for Guilty Plea. (tob) (Entered: 11/28/2001) |
| 12/03/2001 | | Sentencing Jeffrey Carl Hines (6) count(s) 1 Jeffrey Carl Hines (6) count(s) 1. CBOP - 120 months; SR - 4 years; SA - $200.00. No crimes, no controlled substances, report in 72 hours, no guns or destructive devices. Stan. and Spec. Cond.; 1) Participate in prog. of drug test/treatment for drug abuse until released; 2) Residence free of firearms and destructive devices; 3)Submit to warrantless search and seizure; 4) Provide PO with access to requested financial info. Defendant(s) present with counsel. Gov't. objection to PSR regarding role in offense. Gov't. evid. and cross by Def. Def. evid. and cross by Gov't. Argument by Counsel. Court overrules Gov't. objs. Court departs due to extra ordinary physical impairment. No allocutions. Court rec. medical center at Springfield, Missouri. Def. allowed to self report. Notice of right to appeal. Def. released. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Judy Taylor) (tob) (Entered: 12/04/2001) |
| 12/03/2001 | 100 | MOTION by Jeffrey Carl Hines for Downward Departure (tob) (Entered: 12/04/2001) |
| 12/03/2001 | | Oral Order as to Jeffrey Carl Hines granting [100-1] motion for Downward Departure as to Jeffrey Carl Hines (6) ( Entered by Chief Judge Samuel G. Wilson ) (tob) (Entered: 12/04/2001) |
| 12/04/2001 | 101 | JUDGMENT IN A CRIMINAL CASE as to Jeffrey Carl Hines ( Signed by Chief Judge Samuel G. Wilson ) (tob) |
| 12/04/2001 | | **Termination of defendant, pending deadlines and motions as to party Jeffrey Carl Hines [89-1] motion to Continue Sentencing as to Jeffrey Carl Hines (6) (tob) |
| 12/10/2001 | 102 | MOTION by USA for Destruction of Evidence as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines (tob) |
| 12/12/2001 | 103 | ORDER as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines granting [102-1] motion as to Ricky Lee Edge (1), Manuel Meguel Sanchez Roldan (2), Efren Perez Navarrete (3), Hipolito Hernandez Chacon (4), Jose DeJesus Herrera Navarrete (5), |

| | | Jeffrey Carl Hines (6) ( Signed by Chief Judge Samuel G. Wilson ) (tob) |
|---|---|---|
| 01/28/2002 | 105 | RETURN on Judgment in a Criminal case as to Jeffrey Carl Hines wherein defendant delivered on 1/17/02 to FMC Ft. Worth, Fort Worth, Texas. (judgment forwarded to the U.S. Probation Office) (tob) |
| 03/22/2002 | 106 | MOTION by USA as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines, FNU LNU to Destroy evidence (tob) |
| 03/25/2002 | 108 | TRANSCRIPT filed in case as to Jeffrey Carl Hines for Sentencing on 12/3/01 Judy Taylor (OCR) (tob) (Entered: 03/26/2002) |
| 03/26/2002 | 107 | ORDER as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines, FNU LNU granting [106-1] motion to destroy evidence. ( Signed by Chief Judge Samuel G. Wilson ) (tob) |
| 05/13/2002 | 109 | MOTION by USA for Destruction of Evidence as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines, FNU LNU (tob) |
| 05/14/2002 | | Oral Order as to Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines, FNU LNU mooting [109-1] motion as to Ricky Lee Edge (1), Manuel Meguel Sanchez Roldan (2), Efren Perez Navarrete (3), Hipolito Hernandez Chacon (4), Jose DeJesus Herrera Navarrete (5), Jeffrey Carl Hines (6), FNU LNU (7) ( Entered by Chief Judge Samuel G. Wilson ) (tob) |
| 06/10/2002 | | COURT REPORTER NOTES as to defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Judy Taylor, OCR for hearing date 12/3/01 for Sentencing (rtb) |
| 10/21/2002 | | **Case closed as to all defendants: Ricky Lee Edge, Manuel Meguel Sanchez Roldan, Efren Perez Navarrete, Hipolito Hernandez Chacon, Jose DeJesus Herrera Navarrete, Jeffrey Carl Hines, FNU LNU (tob) (Entered: 10/23/2002) |
| 10/25/2002 | | **Reset last document number to 111 (tob) |
| 01/15/2003 | 113 | MOTION by USA as to Jeffrey Carl Hines to Reduce Sentence (tob) |
| 01/23/2003 | | NOTICE:, Motion Hearing set at 9:00 2/24/03 for Jeffrey Carl Hines [113-1] motion to Reduce Sentence (tob) (Entered: 01/24/2003) |
| 02/24/2003 | | Motion hearing held as to Jeffrey Carl Hines re: [113-1] motion to Reduce Sentence Defendant(s) not present. Def. Counsel appeared on behalf of def. Gov't. articulates reasoning for Rule 35 motion. Def. responds. Court grants motion and will enter and order reducing sentence after further review of specific court documents. ( presiding Chief Judge Samuel G. Wilson Court Reporter: Judy Taylor) (tob) |

| 02/25/2003 | 114 | ORDER as to Jeffrey Carl Hines granting [113-1] motion to Reduce Sentence as to Jeffrey Carl Hines (6). Sentence reduced to 36 months. ( Signed by Chief Judge Samuel G. Wilson ) (tob) (Entered: 02/26/2003) |
| --- | --- | --- |
| 02/25/2003 | | Update disposition information as to Jeffrey Carl Hines (6) count(s) 1. CBOP - 120 months; SR - 4 years; SA - $200.00 2-25-03: Sentenced Reduced to 36 months CBOP (tob) (Entered: 02/27/2003) |
| 03/07/2003 | | Marshal's RETURN of Order dated 2/25/03, doc. # 114 as to Jeffrey Carl Hines; Executed at FMC Rochester, MN on 3/3/03 (Warden) (lmh) (Entered: 03/12/2003) |
| 04/09/2003 | | COURT REPORTER NOTES as to defendant Jeffrey Carl Hines filed in Roanoke Division by Court Reporter Judy Taylor for hearing date 02/24/03 for Motion Hearing (bkd) |
| 05/01/2003 | 115 | AMENDED ORDER as to Jeffrey Carl Hines, to Amend [114-1] order ( Signed by Chief Judge Samuel G. Wilson ) (med) (Entered: 05/02/2003) |


ENTERED
5-2-03

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MAY 0 1 2003

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

UNITED STATES OF AMERICA          )          7:00CR00100-006
                                  )          7:01CR00064-001
          V.                      )
                                  )
JEFFREY CARL HINES                )

## AMENDED ORDER

On motion of the United States of America to reduce based
upon substantial assistance provided by defendant, Jeffrey Carl
Hines, it is **ORDERED** and **ADJUDGED** that the period of
incarceration imposed upon Jeffrey Carl Hines be reduced to
thirty-six (36) months, and that in all other respects the
original judgment order shall remain in effect.

**ENTERED**: This _____ day of May, 2003.

_____
CHIEF UNITED STATES DISTRICT JUDGE

A TRUE COPY, TESTE:
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

AO 245B (Rev. 8/96-VAW Additions 1/00) Judgment in a Criminal Case
Sheet 1

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 04 2001

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## Western District of Virginia

UNITED STATES OF AMERICA

v.

**JEFFREY CARL HINES**

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**CASE NUMBER: 7:00CR00100-006**

**7:01CR00064-001**

**Chris Kowalczuk**
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  Ct. 1 - 7:00CR00100; Ct. 1 - 7:01CR00064

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C § 846 | Conspiracy to Possess With Intent to Distribute Marijuana | 2/22/01 | 1 7:00CR00100 |
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent to Distribute Marijuana | 1/31/01 | 1 7:01CR00064 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  2 - (7:01CR00064)  is  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No _____ )-1840

Defendant's Date of Birth.: _____ '62

Defendant's USM No.: _____ -084

Defendant's Residence Address:

**Port Byron, IL 61275**

Defendant's Mailing Address:

**Port Byron, IL 61275**

**December 03, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**Honorable Samuel G. Wilson, Chief United States District Judge**

Name and Title of Judicial Officer

12/4/01
Date

A TRUE COPY, TESTE:
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

AO 245B (Rev. 8/96-VAW Additions 1/00) Judgment in a Criminal Case:
　　　Sheet 2 - Imprisonment

DEFENDANT:  **JEFFREY CARL HINES**

CASE NUMBER: **7:00CR00100-006**
　　　　　　　　**7:01CR00064-001**

Judgment- Page ___**2**___ of ___**7**___

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for
a total term of _____**120**_____ month(s)

**120 months as to count 1 on indictment 7:00CR00100 and count 1 on indictment 7:01CR00064 to run concurrently.**

☒  The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be housed at the medical facility in Springfield, Missouri. The court also recommends that the defendant be allowed to participate in a drug treatment program.**

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

　　☐  at _____ on _____

　　☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐  before _____ on _____

　　☐  as notified by the United States Marshal.

　　☒  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____to _____

at _____with a certified copy of this judgment.

_____
**UNITED STATES MARSHAL**

By _____
　　　Deputy U.S. Marshal

AO 245B (Rev. 8/96-VAW Additions 1/00) Judgment in a Criminal Case:
    Sheet 3 - Supervised Release

DEFENDANT: **JEFFREY CARL HINES**                    Judgment- Page     3     of     7

CASE NUMBER: **7:00CR00100-006**
              **7:01CR00064-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ____ 5 ____ year(s)

**4 years on count 1 of indictment 7:01CR00064 and 5 years on count 1 of indictment 7:00CR00100 to run concurrently.**

## MANDATORY CONDITIONS OF SUPERVISION

1) The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2) The defendant shall not commit another federal, state or local crime.

3) The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

4) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5) If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

   ☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions on the Special Conditions of Supervision page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons:

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make

AO 245B (Rev. 8/96-VAW Additions 1/00) Judgment in a Criminal Case:
Sheet 3 Continued 2- Supervised Release

DEFENDANT:  **JEFFREY CARL HINES**

CASE NUMBER:  **7:00CR00100-006**

**7:01CR00064-001**

Judgment - Page __4__ of __7__

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall provide the probation officer with access to any requested financial information.

2.  The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation office until such time as the defendant is released from the program by the probation officer.

3.  The defendant shall not possess a firearm or destructive device and shall reside in a residence free of firearms and destructi devices.

4.  The defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, determine whether the defendant is in possession of firearms and illegal controlled substances.

AO 245B (Rev. 8/96-VAW Additions 1/00) Judgment in a Criminal Case:
    Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT: **JEFFREY CARL HINES**

CASE NUMBER: **7:00CR00100-006**
          **7:01CR00064-001**

Judgment - Page ____5____ of ____7____

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $200.00 | | |

☐  If applicable, restitution amount ordered pursuant to plea agreement     - - - - - - - - - - - - -     _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of     _____

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐  The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  The interest requirement is waived.

☐  The interest requirement is modified as follows:

AO 245B (Rev. 8/96-VAW Additions 1/00) Judgment in a Criminal Case:
Sheet 5, Part B - Schedule of Payments

DEFENDANT: **JEFFREY CARL HINES**    Judgment- Page __6__ of __7__
CASE NUMBER: **7:00CR00100-006**

**7:01CR00064-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or

B ☐ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ ; or

D ☐ in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ installments of _____
    to commence _____ days after the date of this judgment.

Any installment schedule is subject to adjustment by the court at any time during the period of imprisonment or supervision, and the defendant shall notify the probation officer and the U.S. Attorney of any change in the defendant's economic circumstances that may affect the defendant's ability to pay.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All criminal monetary penalties shall be made payable to the Clerk, U.S. District Court, P.O. Box 1234, Roanoke, Virginia 24006, for disbursement.

Special instructions regarding the payment of criminal monetary penalties:

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

**Eastern District of Kentucky**
**FILED**

FEB 22 2001

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA **INDICTMENT** NO. 01-20
FILED

JUL 13 2001

7:01cc00064

JEFFREY CARL HINES and
BRADFORD WAYNE JONES, JR.

MORGAN E. SCOTT, JR., CLERK
BY:
DEPUTY CLERK

I certify that this is a true and
correct copy of the original filed
in my office on
7/22/01
LESLIE G. WHITMER, CLERK
S. Allen
Deputy Clerk
Date 7-9-01

* * * * * * * *

## COUNT 1

[T. 21 U.S.C. §846]

**THE GRAND JURY CHARGES:**

That beginning on or about a date in May, 1999, the exact day unknown to the Grand Jury, and continuing to and including January 31, 2001, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### JEFFREY BRADFORD HINES and
### BRADFORD WAYNE JONES

defendants herein, did knowingly and intentionally conspire with divers other persons, both known and unknown to the Grand Jury, to commit an offense defined in Title 21, United States Code, Section 841(a)(1), that is, to possess with the intent to distribute, and the distribution of, in excess of 100 kilograms of marijuana, a Schedule I controlled substance, as listed under Title 21, United States Code, Section 812; all in violation of Title 21, United States Code, Section 846.

A TRUE COPY, TESTE:
JOHN F. CORCORAN, CLERK
BY:

DEPUTY CLERK

## COUNT 2
### [T. 21 U.S.C. §841(a)(1)]

**THE GRAND JURY FURTHER CHARGES:**

That on or about January 31, 2001, in Laurel County, in the Eastern District of Kentucky,

**JEFFREY CARL HINES and**
**BRADFORD WAYNE JONES, JR.**

defendants herein, did knowingly and intentionally possess with the intent to distribute approximately 200 pounds of marijuana, a Schedule I controlled substance, as listed in Title 21, United States Code, Section 812; all in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

S/foreperson

**FOREPERSON**

**APPROVED:**

*Marianne Clay*
JOSEPH L. FAMULARO
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**

NLT 5 years and NMT 40 years imprisonment/ $2,000,000.00 fine/ Both/ TSR of NLT 4 years/ MSA of $100.00.

**COUNT 2:**

NMT 20 years imprisonment/ $1,000,000.00 fine / Both/ TSR of NLT 3 years/ MSA of $100.00

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**
**FEBRUARY, 2001, SESSION**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**FEB 22 2001**

MORGAN E/SCOTT, JR., CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **SECOND** |
| ) | **SUPERSEDING** |
| **V.** ) | **INDICTMENT** |
| ) | **CRIM. NO. 7:00CR00100** |
| ) | |
| **RICKY LEE EDGE** ) | |
| **JEFFREY CARL HINES** ) | |
| **MANUEL MEGUEL SANCHEZ ROLDAN** ) | |
| **EFREN PEREZ NAVARRETE** ) | |
| **HIPOLITO HERNANDEZ CHACON** ) | |
|   aka, "Pancho" ) | |
|   aka, "Cesar" ) | |
| **JOSE DeJESUS HERRERA NAVARRETE** ) | |
|   aka, "Jesse" ) | |
| **FNU LNU** ) | |
|   aka, "Junior" ) | |

## COUNT ONE

The Grand Jury charges:

1.    That from a date not known to the Grand Jury, but beginning not later than on or about April, 2000, and continuing until the date of this Indictment, in the Western Judicial District of Virginia and elsewhere, RICKY LEE EDGE, JEFFREY CARL HINES, MANUEL MEGUEL SANCHEZ ROLDAN, EFREN PEREZ NAVARRETE, HIPOLITO HERNANDEZ CHACON, a/k/a, "Pancho," a/k/a, "Cesar," JOSE DeJESUS HERRERA NAVARRETE, a/k/a, "Jesse," and FNU LNU, a/k/a, "Junior," the defendants, in concert with other persons whose identities are unknown to the Grand Jury, willfully and knowingly combined,

A TRUE COPY, TESTE:
JOHN F CORCORAN, CLERK
BY:
DEPUTY CLERK

49

conspired, confederated and agreed together, with each other, and with diverse other persons to commit the following offenses against the United States, to wit:    to possess with the intent to distribute and to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance in violation of Title 21, United States Code, Section 841 (a)(1).

## WAYS, MEANS AND MANNER OF THE CONSPIRACY

A.    It was a part of the conspiracy that from a date not known to the Grand Jury, but beginning not later than April, 2000, JEFFREY CARL HINES acted as a middleman and facilitator to arrange for the shipments of large quantities of marijuana from Mexico to the United States.

B.    It was a part of the conspiracy that FNU LNU, a/k/a, "Junior," was one of the Mexican sources of marijuana on whose behalf JEFFREY CARL HINES acted as a middleman and facilitator.

C.    It was a part of the conspiracy that JEFFREY CARL HINES would arrange for individuals, including but not limited to RICKY LEE EDGE, to drive to El Paso, Texas and other locations in a motor home or other vehicle equipped in most cases with a secret compartment.

D.    It was a part of the conspiracy that when the drivers, including but not limited to RICKY LEE EDGE would arrive at the location to which they were sent by JEFFREY CARL HINES, other

2

individuals, whose identities are unknown to the Grand Jury and who were working for and on behalf of FNU LNU, a/k/a, "Junior," would load the secret compartments of the vehicles with marijuana.

E. It was a part of the conspiracy that after the vehicles were loaded with marijuana, the drivers would take the loads of marijuana to other locations in the United States, including but not limited to the Martinsville/Henry County area of Virginia.

<u>OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

A. In furtherance of the conspiracy in May, 2000, RICKY LEE EDGE picked up approximately 1100 pounds of marijuana in El Paso, Texas, and at the direction of JEFFREY CARL HINES, delivered it to Martinsville, Virginia, where it was off-loaded by other individuals under the supervision of HIPOLITO HERNANDEZ CHACON, a/k/a, "Pancho," a/k/a, "Cesar." JEFFREY CARL HINES was paid $40,000 for arranging the pickup and delivery of the marijuana, and he paid RICKY LEE EDGE $10,000 for his services.

B. In furtherance of the conspiracy, HIPOLITO HERNANDEZ CHACON, a/k/a, "Pancho," a/k/a, "Cesar," acting in concert with MANUEL MEGUEL SANCHEZ ROLDAN, EFREN PEREZ NAVARETTE, and JOSE DeJESUS HERRERA NAVARETTE, distributed marijuana provided to them by FNU LNU, a/k/a, "Junior," JEFFREY CARL HINES and/or RICKY LEE EDGE, as more fully set forth in Counts Two through Seven of this Indictment, which allegations are realleged in this Count One in their entirety.

3

C.   In furtherance of the conspiracy in June, 2000, RICKY LEE EDGE picked up approximately 1100 pounds of marijuana in El Paso, Texas, and at the direction of JEFFREY CARL HINES, delivered it to Camden, South Carolina.  JEFFREY CARL HINES was paid an unknown sum for arranging the pickup and delivery of the marijuana, and he paid RICKY LEE EDGE $10,000 for his services.

D.   In furtherance of the conspiracy in July, 2000, RICKY LEE EDGE picked up approximately 1100 pounds of marijuana in El Paso, Texas, and at the direction of JEFFREY CARL HINES and FNU LNU, a/k/a, "Junior," delivered it to Henry County, Virginia.  RICKY LEE EDGE was paid $23,000 for his services.

E.   In furtherance of the conspiracy in August, 2000, RICKY LEE EDGE picked up approximately 1100 pounds of marijuana in El Paso, Texas, and at the direction of JEFFREY CARL HINES and FNU LNU, a/k/a, "Junior," delivered it to Henry County, Virginia.   The marijuana was off-loaded by other individuals under the supervision of HIPOLITO HERNANDEZ CHACON, a/k/a, "Pancho," a/k/a, "Cesar," who paid RICKY LEE EDGE $25,000 for his services.

F.   In furtherance of the conspiracy in September, 2000, RICKY LEE EDGE picked up approximately 1100 pounds of marijuana in El Paso, Texas, and at the direction of JEFFREY CARL HINES and FNU LNU, a/k/a, "Junior," was enroute to deliver it to Martinsville, Virginia.  Before the delivery could be consummated, RICKY LEE EDGE was interdicted by law enforcement authorities in Oklahoma, who

4

confiscated the marijuana and the motor home in which it was being transported.

2.    All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The Grand Jury charges:

1.    That on or about April 17, 2000, in the Western Judicial District of Virginia, MANUEL MEGUEL SANCHEZ ROLDAN, the defendant, did  willfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

2.    All in violation of Title 21, United States Code, Section 841.

## COUNT THREE

The Grand Jury charges:

1.    That on or about April 27, 2000, in the Western Judicial District of Virginia, MANUEL MEGUEL SANCHEZ ROLDAN, the defendant, did  willfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

2.    All in violation of Title 21, United States Code, Section 841.

5

## COUNT FOUR

The Grand Jury charges:

1. That on or about June 22, 2000, in the Western Judicial District of Virginia, MANUEL MEGUEL SANCHEZ ROLDAN, the defendant, did willfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 841.

## COUNT FIVE

The Grand Jury charges:

1. That on or about June 29, 2000, in the Western Judicial District of Virginia, MANUEL MEGUEL SANCHEZ ROLDAN, the defendant, did willfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 841.

## COUNT SIX

The Grand Jury charges:

1. That on or about August 3, 2000, in the Western Judicial District of Virginia, MANUEL MEGUEL SANCHEZ ROLDAN, EFREN NAVARETTE

6

PEREZ, and JOSE DeJESUS HERRERA NAVARRETE, a/k/a, "Jesse," the defendants, did willfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

2. All in violation of Title 21, United States Code, Section 841.

## COUNT SEVEN

The Grand Jury charges:

1. That on or about August 22, 2000, in the Western Judicial District of Virginia, MANUEL MEGUEL SANCHEZ ROLDAN, EFREN NAVARRETTE PEREZ, JOSE DeJESUS HERRERA NAVARRETE, a/k/a, "Jesse," and HIPOLITO HERNANDEZ CHACON, a/k/a, "Pancho," a/k/a, "Cesar," the defendants, did willfully, knowingly, and intentionally distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, or did aid and abet one another in doing so.

2. All in violation of Title 21, United States Code, Sections 841 and Title 18, United States Code, Section 2.

A TRUE BILL THIS _20_ day of February, 2001.

S/foreperson
**FOREMAN**

UNITED STATES ATTORNEY

7