PROB 35 (Rev. 5/01)

**E-FILED**
Friday, 15 February, 2008 03:20:48 PM
Clerk, U.S. District Court, ILCD

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 15 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Jeffrey Carl Hines

Crim. No. 05 CR 40059-001

On _____August 17, 2004_____ the above named was placed on supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

S/Kerry Walsh
_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15th__ day of __February__, 20 __08__.

S/Michael M. Mihm
_____
United States District Judge